M. Hasan Siddiqui
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph:  (201) 282-6500
Hsiddiqui@steinsakslegal.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| Vineesha Camacho,<br><br>     Plaintiff,<br><br>v.<br><br>Transunion, LLC<br>Experian Information Solutions, Inc.<br>Continental Finance Company, LLC<br>     Defendants. | **CIVIL NO.** 1:24-cv-237 SASP-WRP<br><br>**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

   Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Vineesha Camacho and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted against Experian herein be dismissed with prejudice.  This Stipulation is being signed by all parties who have appeared in this action.  Each party shall bear their own attorneys' fees and costs incurred herein. Plaintiff's claims against Trans Union remain.

DATED: Hackensack, New Jersey; January 15, 2025.

/s/ M. Hasan Siddiqui
M. HASAN SIDDIQUI
BLAKE GOODMAN

Attorneys for Plaintiff
Vineesha Camacho

DATED: Wailuku, Maui, Hawaii; January 15, 2025.

/s/ Deborah K. Wright
DEBORAH K. WRIGHT
DOUGLAS R. WRIGHT

Attorneys for Defendant
Experian Information Solutions, Inc.

DATED: Honolulu, Hawaii; January 15, 2025.

/s/ Nicholas R. Monlux
Nicholas R. Monlux
William H. Huse

Attorneys for Defendant
Trans Union, LLC

APPROVED AS TO FORM:

DATED: Honolulu, Hawai'i, January 15, 2025.

_____
Shanlyn Park
United States District Judge

_____
*VINEESHA CAMACHO v. EXPERIAN INFORMATION SOLUTIONS, INC., et al.*, Civil No. CV 24-237 **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**