M. Hasan Siddiqui
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
Ph: (201) 282-6500
Hsiddiqui@steinsakslegal.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Vineesha Camacho, | **CIVIL NO.** CV 24-00237-SASP-WRP |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC.** |
| Transunion, LLC<br>Experian Information Solutions, Inc.<br>Continental Finance Company, LLC<br>       Defendants. | |

Pursuant to Federal Rule of Civil Procedure, 41(a)(1)(A)(ii), Plaintiff Vineesha Camacho and Defendant Transunion, LLC. ("Transunion"), by and through their undersigned counsel of record, hereby stipulate that this action and all claims and defenses asserted against Transunion therein be dismissed with prejudice. This Stipulation is being signed by all relevant parties who have appeared in this action. Each party shall bear their own attorneys' fees and costs incurred herein.

DATED: Hackensack, New Jersey; February 27, 2025.

                                                  /s/ M. Hasan Siddiqui
                                                  M. HASAN SIDDIQUI
                                                  BLAKE GOODMAN

                                                  Attorneys for Plaintiff
                                                  Vineesha Camacho

DATED: Honolulu, Hawaii; February 27, 2025.

                                                  /s/ Nicholas R. Monlux
                                                  Nicholas R. Monlux
                                                  William H. Huse

                                                  Attorneys for Defendant
                                                  Trans Union, LLC

APPROVED AS TO FORM:

DATED: Honolulu, Hawaiʻi, February 27, 2025.

_____
Shanlyn Park
United States District Judge

---

*VINEESHA CAMACHO v. EXPERIAN INFORMATION SOLUTIONS, INC., et al.*, Civil No. CV 24-237 **JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT TRANSUNION, LLC**